In the Matter of the Claim of Hassan Alamin, Appellant, v Down Town Taxi, Inc., et al., Respondents. Workers' Compensation Board, Respondent.

Decided February 9, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

Judge Wilson taking no part.

Susan Aranoff, Respondent, v Gerald Aranoff, Appellant.

Submitted December 12, 2016; decided February 9, 2017

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

Judge Wilson taking no part.